# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

Clifford W. Taylor,
Chief Justice

133825

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ANTONIO L. THOMAS and ANTONIO L.
THOMAS ASSOCIATED,
    Plaintiffs-Appellants,

v

    SC: 133825
    COA: 273283
    Wayne CC: 02-220633-CZ

LA-VAN HAWKINS and URBAN CITY
FOODS, LLC,
    Defendants-Appellees,

and

MELVIN BUTCH HOLLOWELL,
    Appellee.

_____/

On order of the Court, the application for leave to appeal the March 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

s0114